Order issued September 25, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01619-CR

**JOSHUA WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before the Court is appellant's motion for reasonable bail pending final determination of appeal. The motion is **DENIED**.

On August 28, 2012, this Court reversed the punishment assessed by the trial court and remanded the cause for a new punishment hearing. Appellant bases his request for bail on Article 444.04(h) of the Texas Code of Criminal Procedure, which provides that a criminal defendant whose "conviction is reversed by a decision of a Court of Appeals" is entitled to reasonable bail "pending final determination of an appeal." TEX. CODE CRIM. PROC. Art. 44.04(h) (West 2006). However, we did not reverse appellant's conviction; we reversed his punishment and remanded the cause for a new punishment proceeding. *See generally Lopez v. State*, 18 S.W.3d 637, 639 (Tex. Crim. App. 2000) (when a court of appeals remads a case on punishment only, "it is essentially affirming the conviction on guilt/innocence and reversing the conviction on punishment. . . . the trial court's jurisdiction on remand is limited to issues concerning the punishment phase.").

Because we did not reverse appellant's conviction, we conclude article 44.04(h) does not give him the right to bail pending final determination of his appeal.

JIM MOSELEY
JUSTICE